ACCEPTED
03-14-00299-CV
5633121
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/11/2015 9:51:25 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00299-CV

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/11/2015 9:51:25 AM
JEFFREY D. KYLE
Clerk

**SUVI ORR**

*Appellant/Plaintiff*

v.

**THE UNIVERSITY OF TEXAS AT AUSTIN, WILLIAM C. POWERS, JR., JUDITH LANGLOIS AND SHELBY STANFIELD, in their official capacities only**

*Appellees/Defendants*

Interlocutory Appeal from the 98th Judicial District Court of Travis County, Texas

## UNOPPOSED MOTION TO WITHDRAW AS APPELLANT'S ATTORNEYS

Philip Durst
State Bar No: 06287850
Manuel Quinto-Pozos
State Bar No: 24070459
DEATS DURST & OWEN PLLC
1204 San Antonio Street, Suite 203
Austin, Texas 78701
(512) 474-6200
FAX (512) 474-7896

*Withdrawing attorneys for Appellant Suvi Orr*

The undersigned counsel, pursuant to Texas Rule of Appellate Procedure 6.5, respectfully files this *unopposed* motion to withdraw as Appellant's attorneys.

As required by Texas Rule of Appellate Procedure 6.5(d), Appellant's substitute attorney's information is as follows:

David K. Sergi
Sergi and Associates P.C.
329 South Guadalupe Street
San Marcos, Texas 78666
Tel: 512-392-5010
Fax: 512-392-5042
State Bar of Texas number 18036000

Pursuant to Texas Rule of Appellate Procedure 6.5(d), this motion to withdraw need not comply with Rule 6.5(a) because "an attorney substitutes for a withdrawing attorney."

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), Appellant's withdrawing attorneys have conferred with Appellees' attorneys, who do not oppose the present motion to withdraw.

## PRAYER

The undersigned counsel respectfully request that the Court grant this motion to withdraw and substitute Appellant's counsel.

Respectfully submitted,

/s/ Manuel Quinto-Pozos

Philip Durst
TBN: 06287850
Manuel Quinto-Pozos

1

TBN: 24070459
DEATS DURST & OWEN, PLLC
1204 San Antonio Street, Suite 203
Austin, Texas 78701
(512) 474-6200
(512) 474-7896 – Fax

Withdrawing attorneys for Appellant Suvi Orr

## CERTIFICATE OF CONFERENCE

On May 26, 2015, pursuant to Texas Rules of Appellate Procedure 10.1(a)(5), Manuel Quinto-Pozos conferred with Shelley Dahlberg, counsel for Appellees, regarding this motion. Ms. Dahlberg indicated on behalf of Appellees that this motion is *unopposed*.

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 6.5, I certify that I have delivered this document to the following on June 10, 2015:

- Shelley Dahlberg
  shelley.dahlberg@texasattorneygeneral.gov
  Angela V. Colmenero
  angela.colmenero@texasattorneygeneral.gov
  Assistant Attorney General
  Office of the Attorney General
  P.O. Box 12548
  Austin, Texas 78711-2548
  (512) 463-2120
  (512) 320-0667 FAX
  *Attorneys for Appellees*

(Via email)

- Dr. Suvi Orr

  (Via email and via certified and first class mail at last known address)

- David K. Sergi
  david@sergilaw.com
  Sergi and Associates P.C.
  329 South Guadalupe Street
  San Marcos, Texas 78666
  *Attorneys for Appellant*

  (Via email)

/s/ Manuel Quinto-Pozos
Manuel Quinto-Pozos
